ZEUS ENTERPRISES,
INCORPORATED,
Plaintiff–Appellee,

v.

ALPHIN AIRCRAFT,
INCORPORATED, Defendant–
Appellant,

and

Thurman S. Alphin, Defendant.

No. 00–1748.

United States Court of Appeals,
Fourth Circuit.

Submitted March 27, 2001.

Decided April 30, 2001.

William H. Bode, Jacquelyn Gluck, Bode & Beckman, L.L.P., Washington, DC, for appellant. Robert E. Greenberg, Thomas F. Murphy, Friedlander, Misler, Sloan, Kletzkin & Ochsman, P.L.L.C., Washington, DC, for appellee.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Alphin Aircraft, Inc., appeals from the district court's order denying its motion for a new trial pursuant to Fed.R.Civ.P. 60(b). Our review of the record included on appeal and the parties' briefs discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Zeus Enters., Inc. v. Alphin Aircraft, Inc.,* No. CA–97–294 (E.D.Va. May 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*